UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 764 |
| v. ) | Violation: Title 18, United States |
| ) | Code, Section 111 |
| RAMON CROFT ) | |

JUDGE NORGLE

MAGISTRATE JUDGE VALDEZ

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about September 11, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

RAMON CROFT,

defendant herein, did forcibly assault, resist, oppose, impede, interfere and make physical contact with, and inflict bodily harm on a United States Postal Inspector, an officer of the United States as designated in Title 18, United States Code, section 1114, who was then engaged in the performance of his official duties;

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

**FILED**

OCT 1 6 2008  TC
OCT 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT