Judge Noegle.
Case # 08CR764



RECEIVED
FILED up.
OCT 2 7 2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

Dear Judge Valdez,
     08CR764

Your Honor my name is Ramon Croft Jr. I am currently at FDC Philadelphia awaiting extradition back to Chicago. I'm writing this letter because I'm very distraught. I'm in jail because Leesa Bahling took a complaint out on me based on a lie. Your honor Miss Bahling says I attacked a postal inspector which is a complete lie. Because of this I've endured a horrable 20 days in jail. Miss Bahling has taken several items out of my home without a search warrent that she still has in her custody. Futhermoore because of her lie I've been in the hole because of my charge, I've been away from my father who is dying of lung cancer who needs me to take care of him. Also I've been taken away from my children who also need me. I've gotten fired from a job that I just got and I'm not getting the medicine I need either. I've been here without seeing a judge or lawyer I'm at my wits end. I believe in paying for my wrong doings, But, I'm

punished unjustly I don't know how to handle it. I'm a God fearin man and if I had hit this man I could except my punishment, But knowing I'm innocent just compeled me to write you this letter.

My case Number is 08CR764 I ask that you look into this case so I can be set free. I was reading over the Affidavit and noticed that she lied under oath and that concerns me being she is a government offical. I wanna thankyou in Advance and say God Bless You.

Sincerely

Rasun Craft Jr.

P.S. Please help me??

Ramon Croft Sr. 62877-066
Federal Detention Center Philadelphia
PO Box 562
Philadelphia PA, 19105

PHILADELPHIA PA 191
22 OCT 2008 PM 9 L

Judge Maria Valdez
Everett McKinley Dirksen … courthouse
219 South Dearborn Street
Chicago, IL 60604