## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 764 - 1 | **DATE** | 11/14/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. RAMON CROFT | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty as to all counts. 16.1 conference to be held within ten days. Pretrial motions are due by 12/10/2008. Status hearing set for 12/10/2008 at 10:00 a.m. Defendant's presence is waived. Time is excluded from 11/14/2008 until 12/10/2008. (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | EF |
|---|---|---|