# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 764 | **DATE** | 12/3/2008 |
| **CASE TITLE** | USA vs. Ramon Croft | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 12/3/2008 as to Ramon Croft. Oral argument heard in open court. For the reasons stated in open court, Defendant's motion to detain To appoint 3rd pty guarantor [18], [21], [23], [25], and [27] are denied. Francis Baumgart's motion for leave to appear generally as defense attorney [12] is granted. Francis Baumgart shall e-file the appearance form promptly.

Docketing to mail notices.

00:12

| | Courtroom Deputy Initials: | yp |
|---|---|---|