# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                               Case No.: 1:08−cr−00764

                                                       Honorable Charles R. Norgle Sr.

Ramon Croft

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 10, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: as to defendant, Ramon Croft; Status hearing held and continued to 1/16/2009 at 10:00 A.M. Time is excluded from 12/10/2008 until 1/16/2009 pursuant to 18 USC Sec 3161(h)(1). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.