

UNITED STATES OF AMERICA

    VS.                      No. 08 CR 764-1

                                08cr764

Ramon Croft

## Verizon Wireless Documents

**FILED**

APR - 7 2009

JUDGE CHARLES R. NORGLE
U.S. District Court Judge

Apr 7, 2009



Legal Dept-Subpoena Compliance 180 Washington Valley Rd. Bedminster, NJ 07921

Date:  3/25/09                                Case Number:    499643MW

**Customer Information:**
Subscriber/ Credit Information                    x

**Calling Records:**
Toll Records
Incoming and outgoing calls                       x
CD/Disk Enclosed

| Mobile # | Account# | From Date | To Date |
|---|---|---|---|
| 312-718-5123 | | 9/11/2008 | 9/11/2008 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please note that the time reflected on any call detail report or bill copy is reflective of the switch that processed the call which may not be the same as the clock time at the cellsite where the call was initiated.

Coretta Curtis
Subpoena Compliance Coordinator
Phone # (800) 451-5242 Option 2
Fax # (888) 667-0028

**FRAN BAUMGART, Esq. & Associates**
39 So. LaSalle St. # 600, Chicago, IL 60603-1622
ph: 312.671.2049; fax: 312.782.4491
JusFran@sbcglobal.net
web site: fbandjlaw.com

2/26/2009

Sellco Partnership dba Verizon Wireless
180 Washington Valley Road
Bedminster, N.J. 07921

Gen. info: 880.451.5242 (Jason)
fax: 888.667.0028

RE: Subpoena of phone records in a criminal case.

There will be a CRIMINAL trial in Federal Court In the case of <u>US v. CROFT</u>, 08CR764.

Enclosed are two FEDERAL COURT subpoenas for that trial for phone records.

Please supply the following:

- the "Call Detail" for the following two numbers;
- BOTH for the date of September 11, 2008 (one day only).
- Phone number: 312.718.5123 and
- Phone number: 312.520.8617,

- the "name of each subscriber";

- if there are no records of phone use during the period listed, would you please supply an affidavit to that effect.

No fees are enclosed because this is a criminal matter and none are required.

Thanks.

Francis Baumgart, Esq.
312.671.2049
jusfran@sbcglobal.net

FRAN BAUMGART, Esq. & Associates
39 So. LaSalle St. # 600, Chicago, IL 60603-1622
ph: 312.671.2049; fax: 312.782.4491
JusFran@sbcglobal.net
web site:     fbandjlaw.com

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

Northern **DISTRICT OF** Illinois

UNITED STATES OF AMERICA

V.

RAMON CROFT

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 08 CR 764

TO:

Cellco Partnership dba Verizon Wireless
180 Washington Valley Road
Bedminster, NJ 07921

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, IL 60604 | Judge Norgle Rm 2341 |
| | DATE AND TIME |
| | March 10th, 2009 @ 10: |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. The "cell detail" for the date of September 21, 2008 (one day only). Phone number: 773-719-5728. The activity took place, if at all, in Chicago, IL.

2. The name of the subscriber to such phone number.

3. If there are no records of phone use during the period issued, please supply an affidavit to that effect.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| MICHAEL W. DOBBINS (By) Deputy Clerk [signature] | February 26th, 2009 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Francis Baumgart & Assoc
39 S. LaSalle #900
Chgo, IL 60603



**VISION NORTH Customer Accounts Associated with MTN - View**

File  Options  Help

verizon                                                                Exit    Print    Help

Mobile TN : 312-718-5123                        Today's Date: 03/25/2009

| Cust/Acct ID | Account Name | Status | Effective Period |
|---|---|---|---|
| 581537527/ | 1 UNITED STATES POSTAL | A | 05/15/2008- |

**verizon**wireless

Explanation Form For Historical Records

| Network Element | Mobile Directory Number | Dialed Digit | Call Direction | Seizure Date Time | Seizure Duration | Calling Party Number |
|---|---|---|---|---|---|---|
| This is the switching equipment that transacted the call. A switch is named by the basic geographic area it covers. Switches route calls for hundreds of cell sites. | This is your target # | This is the number dialed to initiate the call. For inbound calls this number will be the same as the Mobile Directory Number column and for outbound calls this is the number your target dialed | This is the type of call, e.g. inbound, outbound, or voicemail. Inbound calls display the following numbers: 0 & 6. Calls to voicemail display the letter "F." Outbound calls display the following numbers: 1 & 3. Mobile to Mobile calls display the number 2. Any other letter or number is a routing or unknown call type and does not detail actual transactional data for a completed call. Any other letter or number is a routing or unknown call type and does not detail actual transactional data for a completed call. Subscriber information is not available for routing numbers. | This is the exact date and time of the start of each call | This is the duration of the call in seconds | This is the calling party that initiated the call. If the call is outbound this column will be the same as the Mobile Directory Number number. If the call is inbound, this is the number that dialed your target. |

When the #s in the Mobile Directory Number column, Dialed Digit column and the Calling Party Number column are all different, then you are looking at a routing #. The Routing # will appear in the Dialed Digit column. (All three numbers are different)

If you see your target # in the Mobile Directory Number column, the Dialed Digit column and the Calling Party Number column, then you are looking at your target checking his/her voicemail. (All three numbers are the same)

*86 is voicemail retrieval
#225 is checking account balance
#646 is checking minutes
#777 is data/web services
#738 is prepaid voicemail retrieval
#729 is adding minutes for prepaid
*67 is used to block the mobile #
*82 is used to unblock the mobile #

Page 1 of 1

| Network Element | Mobile Directory Number | Dialed Digit Number | Call Direction | Seizure Dt Tm | Seizure Duration | Calling Party Number |
|---|---|---|---|---|---|---|
| Hickory_Hills2 | (312) 718-5123 | (312) 718-5123 | 6 | 9/11/2008 8:56 | 139 | (312) 505-5462 |
| Elgin | (312) 718-5123 | (312) 520-8617 | 3 | 9/11/2008 10:33 | 63 | (312) 718-5123 |
| Elgin | (312) 718-5123 | (312) 520-8617 | 3 | 9/11/2008 10:35 | 22 | (312) 718-5123 |
| Hickory_Hills2 | (312) 718-5123 | (224) 238-1154 | 5 | 9/11/2008 11:03 | 461 | (312) 520-8617 |
| Elgin | (312) 718-5123 | (312) 718-5123 | 6 | 9/11/2008 11:03 | 460 | (312) 520-8617 |
| Hickory_Hills2 | (312) 718-5123 | (224) 238-1402 | 5 | 9/11/2008 11:10 | 423 | (312) 520-8617 |
| Elgin | (312) 718-5123 | (312) 718-5123 | 6 | 9/11/2008 11:11 | 420 | (312) 520-8617 |
| Elgin | (312) 718-5123 | (312) 533-1459 | 3 | 9/11/2008 11:24 | 20 | (312) 718-5123 |
| Hickory_Hills2 | (312) 718-5123 | (312) 718-5123 | F | 9/11/2008 11:26 | 57 | (630) 260-5344 |
| Elgin | (312) 718-5123 | (312) 718-5123 | 6 | 9/11/2008 11:26 | 25 | (630) 260-5344 |
| Elgin | (312) 718-5123 | (312) 533-1459 | 3 | 9/11/2008 11:34 | 93 | (312) 718-5123 |
| Elgin | (312) 718-5123 | (312) 533-1459 | 3 | 9/11/2008 12:30 | 14 | (312) 718-5123 |
| Elgin | (312) 718-5123 | *86 | 3 | 9/11/2008 13:51 | 41 | (312) 718-5123 |
| Hickory_Hills2 | (312) 718-5123 | (312) 718-5123 | F | 9/11/2008 13:51 | 40 | (312) 718-5123 |
| Elgin | (312) 718-5123 | (312) 533-1459 | 3 | 9/11/2008 13:52 | 45 | (312) 718-5123 |
| Hickory_Hills2 | (312) 718-5123 | (224) 238-1105 | 5 | 9/11/2008 13:58 | 296 | (630) 260-5344 |
| Elgin | (312) 718-5123 | (312) 718-5123 | 6 | 9/11/2008 13:58 | 290 | (630) 260-5344 |
| Hickory_Hills2 | (312) 718-5123 | (312) 718-5123 | 6 | 9/11/2008 15:48 | 34 | (847) 570-2000 |
| Hickory_Hills2 | (312) 718-5123 | (312) 718-5123 | 6 | 9/11/2008 16:53 | 122 | (312) 533-1459 |
| Hickory_Hills2 | (312) 718-5123 | (312) 533-1459 | 3 | 9/11/2008 17:08 | 35 | (312) 718-5123 |
| Hickory_Hills2 | (312) 718-5123 | (312) 718-5123 | F | 9/11/2008 17:10 | 34 | (312) 533-1459 |
| Hickory_Hills2 | (312) 718-5123 | (312) 718-5123 | F | 9/11/2008 17:10 | 46 | (312) 505-5462 |
| Hickory_Hills2 | (312) 718-5123 | (312) 533-1459 | 3 | 9/11/2008 17:53 | 1506 | (312) 718-5123 |
| Hickory_Hills2 | (312) 718-5123 | (312) 718-5123 | 6 | 9/11/2008 19:51 | 242 | (312) 907-0322 |
| Hickory_Hills2 | (312) 718-5123 | (312) 718-5123 | 6 | 9/11/2008 19:58 | 113 | (312) 907-0322 |
| Hickory_Hills2 | (312) 718-5123 | (260) 726-5289 | 3 | 9/11/2008 21:39 | 48 | (312) 718-5123 |